IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DOWN CAPE CHARTERS & BOAT RENTALS, INC., AS OWNER OF A 2016 23 FT. GODFREY MARINE HURRICANE SUNDECK MOTOR BOAT, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No. : 1:19-cv-12312-RGS |

**LIMITATION PLAINTIFF'S MOTION
FOR ENTRY OF JUDGMENT OF EXONERATION BY DEFAULT**

NOW COMES Limitation Plaintiff, Down Cape Charters & Boat Rentals, Inc. (hereinafter, the "Limitation Plaintiff"), the owner of the 2016 Godfrey Marine 23-ft Hurricane Sundeck Motor Boat (Hull Identification No.: GDY35702E616; Massachusetts Registration No.: MS 2009 L; hereinafter, the "Limitation Vessel"), by counsel, and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Rule F(5) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, and the Court's Notice (ECF No. 10), requiring all claims arising from the collision between the Limitation Vessel and a 1980 25-ft. Privateer (Hull Identification No.: PVT24013M80F, Massachusetts Registration No.: MS 2433 RW) owned by Blue Claw Boat Tours, LLC (hereinafter, "the Accident") in the waters of Pleasant Bay near Chatham, Massachusetts on June 20, 2018 to be made on or before January 17, 2020, and this Court's Order dated January 21, 2020 (ECF No. 17), granting the Limitation Plaintiff's Motion for Entry of Clerk's Default for Non-Appearing Parties and Non-Asserted Claims, as and for its motion for entry of judgment of exoneration by default in favor of the Limitation Plaintiff as to all claims that have not been asserted in this matter and against all non-claiming parties having an interest in this matter for any claim whatsoever associated with the Limitation Vessel

I-1671792.1

or the Accident, for the reasons set forth in the Limitation Plaintiff's Brief in Support, and for such other and further relief as this Court deems just and proper.

                Respectfully submitted,

                //s//

**BEATA SHAPIRO, ESQUIRE**
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER, LLP
260 Franklin Street, 14th Floor
Boston, Massachusetts 02110
Phone: (617) 422-5320
Fax:    (617) 423-6917
Email: beata.shapiro@wilsonelser.com

**CHRISTOPHER A. ABEL,** *Admitted Pro Hac Vice*
WILLCOX & SAVAGE, PC
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Phone: (757) 628-5500
Fax: (757) 628-5566
Email: cabel@wilsav.com
*Attorneys for the Limitation Plaintiff*
*Down Cape Charters & Boat Rentals, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 26th day of February 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to counsel of record.

    To the best of my knowledge, there are no parties or attorneys who have appeared in this case who require service by U.S. Mail.

                                                              //s//
                                                              Beata Shapiro